Kensico Cemetery, Respondent, v. Florence C. Carpenter and Others, Respondents. Orlando T. Carpenter, as One of the Executors, etc., of Reese Carpenter, Deceased, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.

Mount Vernon Trust Company and Another, Two of Three Trustees, etc., Plaintiffs, v. James T. Penfield, Individually and as Remaining Trustee, etc., and Others, Defendants, Impleaded with Thomas D. Penfield, Respondent, and William W. Penfield, Appellant. (Appeal No. 1.) — Order modified so as to direct that the case show that William W. Penfield rendered no services for Thomas D. Penfield after July 22, 1914, and that the order of substitution of November 15, 1915, was made and amended by the decision of this court handed down herewith. (*Mount Vernon Trust Co.* v. *Penfield, No. 2, post,* p. 908.) As so modified, the order is affirmed, without costs. No opinion. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

Mount Vernon Trust Company and Another, Two of Three Trustees, etc., Plaintiffs, v. James T. Penfield, Individually and as the Remaining Trustee, etc., and Others, Defendants, Impleaded with Thomas D. Penfield, Respondent, and William W. Penfield, Appellant. (Appeal No. 2.) — Motion to vacate order of substitution denied, but the order of substitution is modified so as to show that it is granted without prejudice to any rights of William W. Penfield to compensation for any services rendered by him as attorney for Thomas D. Penfield or any lien therefor. As so modified, the order is affirmed, without costs. No opinion. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

The People of the State of New York ex rel. Florence C. Young Woodson, Appellant, v. John Mitchell and Others, as Commissioners of Labor, Composing the State Industrial Commission, Respondents. — Order affirmed, without costs, but without prejudice to any proceeding that the relator may be advised to take as to her restoration to the so-called civil service list. No opinion. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.

Katherine G. Sullivan, Appellant, v. Julia Sprung, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.